## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| R. J. REYNOLDS TOBACCO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Court No. 21-cv-00621 |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action listed on the attached schedule.

Dated:  December 7, 2023

/s/ Patrick J. Togni
J. Michael Taylor
Patrick J. Togni
Christopher Hyner

**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 626-2385
jmtaylor@kslaw.com
ptogni@kslaw.com
chyner@kslaw.com

*Counsel for Plaintiff*

-2-

Schedule to Notice of Dismissal

| Court Number | Plaintiff's Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| Court No. 21-cv-00621 | R. J. Reynolds Tobacco Company | 170420104104 170421104771 | *See* Appendix |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                      Clerk, U.S. Court of International Trade

                                      By: _____
                                                   Deputy Clerk

**Appendix**

## List of Entries – Protest No. 170420104104

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15556340 | 1 | DSV15564005 | 4 | DSV15567800 | 6 |
| DSV15556340 | 2 | DSV15564005 | 5 | DSV15567800 | 7 |
| DSV15556167 | 1 | DSV15564005 | 6 | DSV15567800 | 8 |
| DSV15556860 | 1 | DSV15564005 | 7 | DSV15568444 | 1 |
| DSV15556860 | 2 | DSV15564005 | 8 | DSV15568444 | 2 |
| DSV15558163 | 1 | DSV15564005 | 9 | DSV15568444 | 3 |
| DSV15557645 | 1 | DSV15564005 | 10 | DSV15568444 | 4 |
| DSV15557645 | 2 | DSV15564005 | 11 | DSV15568444 | 5 |
| DSV15557645 | 3 | DSV15565168 | 1 | DSV15568444 | 6 |
| DSV15557645 | 4 | DSV15565168 | 2 | DSV15568444 | 7 |
| DSV15558486 | 1 | DSV15565168 | 3 | DSV15568444 | 8 |
| DSV15558486 | 2 | DSV15565010 | 1 | DSV15568444 | 9 |
| DSV15560110 | 1 | DSV15565010 | 2 | DSV15568444 | 10 |
| DSV15560110 | 2 | DSV15565010 | 3 | DSV15568444 | 11 |
| DSV15560110 | 3 | DSV15565010 | 4 | DSV15568444 | 12 |
| DSV15560110 | 4 | DSV15565010 | 5 | DSV15568444 | 13 |
| DSV15560466 | 1 | DSV15565010 | 6 | DSV15568444 | 14 |
| DSV15560466 | 2 | DSV15565010 | 7 | DSV15568444 | 15 |
| DSV15560466 | 3 | DSV15565010 | 8 | DSV15568444 | 16 |
| DSV15560466 | 4 | DSV15565564 | 1 | DSV15568444 | 17 |
| DSV15561266 | 1 | DSV15565564 | 2 | DSV15568444 | 18 |
| DSV15561266 | 2 | DSV15565564 | 3 | DSV15568444 | 19 |
| DSV15562165 | 1 | DSV15565564 | 4 | DSV15569145 | 1 |
| DSV15562165 | 2 | DSV15565564 | 5 | DSV15569145 | 2 |
| DSV15562165 | 3 | DSV15565564 | 6 | DSV15569145 | 3 |
| DSV15562165 | 4 | DSV15565564 | 7 | DSV15569145 | 4 |
| DSV15562165 | 5 | DSV15566596 | 1 | DSV15569145 | 5 |
| DSV15562165 | 6 | DSV15566596 | 2 | DSV15569145 | 6 |
| DSV15562165 | 7 | DSV15566596 | 3 | DSV15569145 | 7 |
| DSV15562165 | 8 | DSV15566596 | 4 | DSV15569475 | 1 |
| DSV15562165 | 9 | DSV15566596 | 5 | DSV15569475 | 2 |
| DSV15562165 | 10 | DSV15566596 | 6 | DSV15569475 | 3 |
| DSV15562165 | 11 | DSV15566596 | 7 | DSV15569475 | 4 |
| DSV15563593 | 1 | DSV15566596 | 8 | DSV15569475 | 5 |
| DSV15563593 | 2 | DSV15567800 | 1 | DSV15569475 | 6 |
| DSV15563593 | 3 | DSV15567800 | 2 | DSV15569475 | 7 |
| DSV15564005 | 1 | DSV15567800 | 3 | DSV15569475 | 8 |
| DSV15564005 | 2 | DSV15567800 | 4 | DSV15569483 | 1 |
| DSV15564005 | 3 | DSV15567800 | 5 | DSV15569483 | 2 |

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15569483 | 3 | DSV15571075 | 5 | DSV15593384 | 14 |
| DSV15570085 | 1 | DSV15572800 | 1 | DSV15593384 | 15 |
| DSV15570085 | 2 | DSV15572800 | 2 | DSV15593384 | 16 |
| DSV15570085 | 3 | DSV15572800 | 3 | DSV15593384 | 17 |
| DSV15570085 | 4 | DSV15572800 | 4 | DSV15593384 | 18 |
| DSV15570085 | 5 | DSV15572800 | 5 | DSV15593384 | 19 |
| DSV15570085 | 6 | DSV15572800 | 6 | DSV15593384 | 20 |
| DSV15570085 | 7 | DSV15582411 | 1 | DSV15593384 | 21 |
| DSV15570085 | 8 | DSV15582411 | 2 | DSV15593384 | 22 |
| DSV15570796 | 1 | DSV15582411 | 3 | DSV15593384 | 23 |
| DSV15570796 | 2 | DSV15582411 | 4 | DSV15593384 | 24 |
| DSV15570796 | 3 | DSV15582411 | 5 | DSV15593384 | 25 |
| DSV15570796 | 4 | DSV15593384 | 5 | DSV15593384 | 26 |
| DSV15570796 | 5 | DSV15593384 | 6 | DSV15593384 | 27 |
| DSV15570796 | 6 | DSV15593384 | 7 | DSV15593384 | 28 |
| DSV15570796 | 7 | DSV15593384 | 8 | DSV15593384 | 29 |
| DSV15570796 | 8 | DSV15593384 | 9 | DSV15593384 | 30 |
| DSV15571075 | 1 | DSV15593384 | 10 | DSV15593384 | 31 |
| DSV15571075 | 2 | DSV15593384 | 11 | DSV15593384 | 32 |
| DSV15571075 | 3 | DSV15593384 | 12 | DSV15593384 | 33 |
| DSV15571075 | 4 | DSV15593384 | 13 | | |

**List of Entries – Protest No. 170421104771**

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15593624 | 1 | DSV15594853 | 2 | DSV15597153 | 1 |
| DSV15593624 | 2 | DSV15594853 | 3 | DSV15597187 | 1 |
| DSV15593624 | 3 | DSV15594853 | 4 | DSV15597187 | 2 |
| DSV15593624 | 6 | DSV15594853 | 5 | DSV15597187 | 3 |
| DSV15593624 | 7 | DSV15594853 | 6 | DSV15597187 | 4 |
| DSV15593632 | 1 | DSV15594853 | 7 | DSV15597187 | 5 |
| DSV15593632 | 2 | DSV15595389 | 2 | DSV15597187 | 6 |
| DSV15594226 | 1 | DSV15595389 | 3 | DSV15597187 | 7 |
| DSV15594226 | 2 | DSV15595389 | 4 | DSV15597187 | 8 |
| DSV15594226 | 3 | DSV15595843 | 1 | DSV15597187 | 9 |
| DSV15594226 | 4 | DSV15595843 | 2 | DSV15597583 | 1 |
| DSV15594226 | 8 | DSV15595843 | 3 | DSV15597583 | 2 |
| DSV15594226 | 9 | DSV15595843 | 4 | DSV15597583 | 3 |
| DSV15594226 | 10 | DSV15597146 | 1 | DSV15597682 | 1 |
| DSV15594226 | 11 | DSV15597146 | 2 | DSV15597682 | 2 |
| DSV15594226 | 12 | DSV15597146 | 3 | DSV15597799 | 1 |
| DSV15594853 | 1 | DSV15597146 | 4 | DSV15597799 | 2 |

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15597799 | 3 | DSV15605279 | 3 | DSV15607234 | 4 |
| DSV15597799 | 4 | DSV15605279 | 4 | DSV15607242 | 3 |
| DSV15597906 | 1 | DSV15605352 | 2 | DSV15607242 | 4 |
| DSV15597906 | 2 | DSV15605352 | 3 | DSV15607242 | 5 |
| DSV15597195 | 1 | DSV15605352 | 4 | DSV15608133 | 3 |
| DSV15599092 | 1 | DSV15605352 | 5 | DSV15608133 | 4 |
| DSV15599100 | 7 | DSV15605352 | 6 | DSV15608935 | 3 |
| DSV15599118 | 2 | DSV15605352 | 7 | DSV15608950 | 1 |
| DSV15599142 | 2 | DSV15605352 | 8 | DSV15608976 | 1 |
| DSV15599142 | 4 | DSV15605352 | 9 | DSV15608976 | 2 |
| DSV15599472 | 1 | DSV15605352 | 10 | DSV15608976 | 3 |
| DSV15599522 | 1 | DSV15605352 | 11 | DSV15608976 | 4 |
| DSV15599522 | 2 | DSV15605352 | 12 | DSV15608976 | 5 |
| DSV15599522 | 3 | DSV15605352 | 13 | DSV15608976 | 6 |
| DSV15599548 | 1 | DSV15605352 | 14 | DSV15608976 | 7 |
| DSV15600320 | 1 | DSV15605352 | 15 | DSV15609305 | 1 |
| DSV15600320 | 2 | DSV15605352 | 16 | DSV15609354 | 1 |
| DSV15600320 | 3 | DSV15605352 | 17 | DSV15609354 | 2 |
| DSV15600320 | 4 | DSV15605410 | 1 | DSV15609354 | 3 |
| DSV15600858 | 1 | DSV15604835 | 1 | DSV15609354 | 4 |
| DSV15600858 | 2 | DSV15604835 | 2 | DSV15609354 | 5 |
| DSV15600874 | 1 | DSV15605238 | 1 | DSV15609594 | 1 |
| DSV15600171 | 1 | DSV15605238 | 2 | DSV15610972 | 1 |
| DSV15601211 | 1 | DSV15605238 | 3 | DSV15610972 | 2 |
| DSV15601211 | 2 | DSV15605238 | 4 | DSV15611251 | 1 |
| DSV15601211 | 3 | DSV15605238 | 5 | DSV15611251 | 2 |
| DSV15601534 | 1 | DSV15606533 | 4 | DSV15611251 | 3 |
| DSV15602755 | 1 | DSV15606533 | 5 | DSV15611251 | 4 |
| DSV15602797 | 1 | DSV15606533 | 6 | DSV15611251 | 5 |
| DSV15602797 | 2 | DSV15606533 | 7 | DSV15611251 | 6 |
| DSV15602797 | 3 | DSV15606533 | 8 | DSV15611616 | 1 |
| DSV15602797 | 4 | DSV15606533 | 9 | DSV15611616 | 2 |
| DSV15602821 | 1 | DSV15606533 | 10 | DSV15611616 | 3 |
| DSV15602821 | 2 | DSV15606590 | 1 | DSV15611616 | 4 |
| DSV15602821 | 3 | DSV15606699 | 1 | DSV15611616 | 5 |
| DSV15602821 | 4 | DSV15607085 | 3 | DSV15611624 | 1 |
| DSV15603357 | 1 | DSV15607085 | 4 | DSV15611624 | 2 |
| DSV15603357 | 2 | DSV15607085 | 5 | DSV15611624 | 3 |
| DSV15603357 | 3 | DSV15607085 | 6 | DSV15611624 | 4 |
| DSV15603357 | 4 | DSV15607093 | 2 | DSV15611624 | 5 |
| DSV15603969 | 1 | DSV15607093 | 3 | DSV15611707 | 1 |
| DSV15605139 | 1 | DSV15607093 | 4 | DSV15613521 | 1 |
| DSV15605139 | 2 | DSV15607150 | 1 | DSV15613521 | 2 |
| DSV15605279 | 1 | DSV15607234 | 3 | DSV15613521 | 3 |

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15613521 | 4 | DSV15618835 | 1 | DSV15632737 | 1 |
| DSV15613521 | 5 | DSV15618967 | 1 | DSV15632737 | 2 |
| DSV15613547 | 1 | DSV15618967 | 2 | DSV15632737 | 3 |
| DSV15613547 | 2 | DSV15618967 | 3 | DSV15632737 | 4 |
| DSV15613588 | 1 | DSV15619080 | 1 | DSV15633735 | 1 |
| DSV15613604 | 1 | DSV15619080 | 2 | DSV15633750 | 1 |
| DSV15613604 | 2 | DSV15619098 | 1 | DSV15633750 | 2 |
| DSV15613604 | 3 | DSV15619155 | 1 | DSV15634501 | 1 |
| DSV15613604 | 4 | DSV15619155 | 2 | DSV15634501 | 2 |
| DSV15614347 | 1 | DSV15619155 | 3 | DSV15635029 | 1 |
| DSV15614347 | 2 | DSV15619155 | 4 | DSV15635060 | 1 |
| DSV15614362 | 1 | DSV15619171 | 1 | DSV15635060 | 2 |
| DSV15614362 | 2 | DSV15619171 | 2 | DSV15635060 | 3 |
| DSV15614362 | 3 | DSV15619171 | 3 | DSV15635060 | 4 |
| DSV15614362 | 4 | DSV15619171 | 4 | DSV15635060 | 5 |
| DSV15614362 | 5 | DSV15619171 | 7 | DSV15635573 | 1 |
| DSV15615542 | 1 | DSV15619171 | 8 | DSV15635573 | 2 |
| DSV15615724 | 1 | DSV15619544 | 1 | DSV15635599 | 1 |
| DSV15615724 | 2 | DSV15619692 | 1 | DSV15635599 | 2 |
| DSV15615724 | 3 | DSV15620047 | 1 | DSV15635599 | 3 |
| DSV15616003 | 1 | DSV15620047 | 2 | DSV15635599 | 4 |
| DSV15616623 | 1 | DSV15620054 | 1 | DSV15636282 | 1 |
| DSV15616623 | 2 | DSV15620054 | 2 | DSV15636282 | 2 |
| DSV15616623 | 3 | DSV15620054 | 3 | DSV15636514 | 1 |
| DSV15616623 | 4 | DSV15620450 | 1 | DSV15636514 | 2 |
| DSV15616623 | 5 | DSV15620450 | 2 | DSV15636514 | 3 |
| DSV15616623 | 6 | DSV15620450 | 3 | DSV15636514 | 4 |
| DSV15617407 | 1 | DSV15620872 | 1 | DSV15636530 | 1 |
| DSV15617951 | 1 | DSV15620872 | 2 | DSV15636530 | 2 |
| DSV15617951 | 2 | DSV15620872 | 5 | DSV15636530 | 3 |
| DSV15617969 | 1 | DSV15620872 | 6 | DSV15636548 | 1 |
| DSV15617993 | 1 | DSV15620880 | 1 | DSV15636829 | 1 |
| DSV15617993 | 2 | DSV15621524 | 1 | DSV15636845 | 1 |
| DSV15618009 | 1 | DSV15621532 | 1 | DSV15636845 | 2 |
| DSV15618017 | 1 | DSV15621532 | 2 | DSV15636845 | 3 |
| DSV15618074 | 1 | DSV15621532 | 3 | DSV15636845 | 4 |
| DSV15618181 | 1 | DSV15622563 | 1 | DSV15637850 | 1 |
| DSV15618181 | 2 | DSV15622787 | 1 | DSV15637918 | 1 |
| DSV15618181 | 3 | DSV15622787 | 2 | DSV15637918 | 2 |
| DSV15618181 | 4 | DSV15622787 | 4 | DSV15637991 | 1 |
| DSV15618728 | 1 | DSV15621136 | 1 | DSV15637991 | 2 |
| DSV15618728 | 2 | DSV15624676 | 1 | DSV15638015 | 1 |
| DSV15618751 | 1 | DSV15631994 | 1 | DSV15638403 | 1 |
| DSV15618751 | 2 | DSV15631994 | 2 | DSV15638403 | 2 |

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15638403 | 3 | DSV15641118 | 3 | DSV15643312 | 1 |
| DSV15638403 | 4 | DSV15641126 | 1 | DSV15643338 | 1 |
| DSV15638551 | 1 | DSV15641464 | 1 | DSV15643361 | 1 |
| DSV15638619 | 1 | DSV15641464 | 2 | DSV15643387 | 1 |
| DSV15638619 | 2 | DSV15641464 | 3 | DSV15643437 | 1 |
| DSV15638643 | 1 | DSV15641464 | 4 | DSV15643437 | 2 |
| DSV15638650 | 1 | DSV15641464 | 5 | DSV15643650 | 1 |
| DSV15638817 | 1 | DSV15641415 | 1 | DSV15643718 | 1 |
| DSV15638916 | 1 | DSV15641563 | 1 | DSV15643809 | 8 |
| DSV15639096 | 1 | DSV15641563 | 2 | DSV15643809 | 9 |
| DSV15639096 | 2 | DSV15641563 | 3 | DSV15643809 | 10 |
| DSV15639138 | 1 | DSV15641563 | 4 | DSV15643809 | 11 |
| DSV15639138 | 2 | DSV15641555 | 1 | DSV15643809 | 12 |
| DSV15639252 | 1 | DSV15641795 | 1 | DSV15643809 | 13 |
| DSV15639518 | 1 | DSV15641852 | 1 | DSV15643809 | 14 |
| DSV15639518 | 2 | DSV15641860 | 1 | DSV15643809 | 15 |
| DSV15639518 | 3 | DSV15641894 | 1 | DSV15643809 | 16 |
| DSV15639518 | 4 | DSV15642017 | 2 | DSV15643809 | 17 |
| DSV15639526 | 1 | DSV15642017 | 3 | DSV15643809 | 18 |
| DSV15639526 | 2 | DSV15642132 | 1 | DSV15643809 | 19 |
| DSV15639534 | 1 | DSV15642157 | 1 | DSV15643809 | 20 |
| DSV15639534 | 2 | DSV15642157 | 2 | DSV15643809 | 21 |
| DSV15639740 | 1 | DSV15642157 | 3 | DSV15643809 | 22 |
| DSV15639740 | 2 | DSV15642165 | 1 | DSV15643809 | 23 |
| DSV15639740 | 3 | DSV15642165 | 2 | DSV15643809 | 24 |
| DSV15639609 | 1 | DSV15642181 | 1 | DSV15643809 | 25 |
| DSV15640342 | 1 | DSV15642223 | 1 | DSV15643809 | 26 |
| DSV15640359 | 1 | DSV15642223 | 2 | DSV15643809 | 27 |
| DSV15640359 | 2 | DSV15642272 | 1 | DSV15643809 | 28 |
| DSV15640524 | 1 | DSV15642272 | 2 | DSV15643809 | 29 |
| DSV15640672 | 1 | DSV15642348 | 1 | DSV15643809 | 30 |
| DSV15640672 | 2 | DSV15642363 | 1 | DSV15643809 | 31 |
| DSV15640839 | 1 | DSV15642363 | 2 | DSV15643973 | 1 |
| DSV15640839 | 2 | DSV15642421 | 1 | DSV15643981 | 1 |
| DSV15640805 | 1 | DSV15642488 | 1 | DSV15643981 | 2 |
| DSV15640805 | 2 | DSV15642520 | 1 | DSV15644005 | 1 |
| DSV15640888 | 1 | DSV15642520 | 2 | DSV15644005 | 2 |
| DSV15640896 | 1 | DSV15642520 | 3 | DSV15643916 | 1 |
| DSV15640896 | 2 | DSV15642595 | 1 | DSV15643916 | 2 |
| DSV15640896 | 3 | DSV15642595 | 2 | DSV15643916 | 3 |
| DSV15640979 | 1 | DSV15642595 | 3 | DSV15644096 | 1 |
| DSV15640979 | 2 | DSV15642983 | 1 | DSV15644294 | 1 |
| DSV15641118 | 1 | DSV15643007 | 1 | DSV15644294 | 2 |
| DSV15641118 | 2 | DSV15643031 | 1 | DSV15644294 | 3 |

-8-

| Entry No. | Line No. | Entry No. | Line No. | Entry No. | Line No. |
|---|---|---|---|---|---|
| DSV15644385 | 1 | DSV15644567 | 1 | DSV15644609 | 3 |
| DSV15644385 | 2 | DSV15644567 | 2 | DSV15644609 | 4 |
| DSV15644427 | 1 | DSV15644609 | 1 | DSV15644609 | 5 |
| DSV15644443 | 1 | DSV15644609 | 2 | | |